UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                      Case No. 3:20-cr-103

RICHARD WELLER,                        District Judge Michael J. Newman

    Defendant.

## ORDER

This criminal case came before the Court for a status conference on 4/14/2021 at 10:30 a.m. Attorneys Nicholas Gounaris and Dwight Keller participated. Counsel informed the Court that they have prepared a plea agreement and are prepared to proceed with the upcoming Change of Plea hearing. This case is set for a Change of Plea Hearing on 4/20/2021 at 11:00 AM in GoToMeeting before Judge Michael J. Newman.

Pursuant to General Order 20-23, this hearing will be held by videoconference via GoToMeeting before Judge Michael J. Newman. The call-in information for interested parties, the media, or the general public is: United States: +1 (786) 535-3211 Access Code: 730-143- 365. Information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing. Pursuant to Rule 53 of the Federal Rules of Criminal Procedure and the Amended General Order 20-07A of the United States District Court for the Southern District of Ohio, publication or broadcast is PROHIBITED. Should counsel for Defendant need to confer with Defendant by video prior to this hearing, counsel MUST contact chambers to make such arrangements. Otherwise, the hearing will begin promptly at the time set forth above.

**IT IS SO ORDERED.**

Date:  April 14, 2021 　　　　　　　　　　　　 s/ Michael J. Newman          
　　　　　　　　　　　　　　　　　　　　　　 Hon. Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　 United States District Judge